**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**CHRISTINA SLANKERD**                                                          **PLAINTIFF**

**V.**                                 **CASE NO.: 3:11CV00011 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

## JUDGMENT

The decision of Michael J. Astrue, Commissioner, Social Security Administration,

is reversed and remanded for action consistent with the opinion in this case, and judgment

is entered in favor of Christina Slankerd.  This is a "sentence four" remand within the

meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 5th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE